## Commonwealth, Appellant, *v.* Dressner.

Before SABO, J.

Argued September 11, 1975. *James J. Wilson,* Assistant District Attorney, with him *Steven H. Goldblatt,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellant; *Lenard H. Sigal,* for appellee.

Order affirmed.

## Commonwealth *v.* Fischer, Appellant.

Before MARRONE, J.

Argued September 8, 1975. *Hy Mayerson,* for appellant; *Timothy H. Knauer,* Assistant District Attorney, with him *Vincent M. Dadamo* and *George C. Zumbano,* Assistant District Attorneys, and *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.